# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

February 16, 2018

*Before*

MICHAEL S. KANNE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 15-2138

| | |
|---|---|
| KELVIN NORWOOD, | Appeal from the United States District |
| *Plaintiff-Appellant*, | Court for the Northern District of Illinois, Eastern Division. |
| *v.* | |
| | No. 11-CV-988 |
| PARTHASARATHI GHOSH, et al., | |
| *Defendants-Appellees*. | **Charles R. Norgle**, *Judge*. |

## O R D E R

The court hereby **AMENDS** the first sentence on page 5 of the order issued on January 26, 2018, to read as follows: Norwood saw the outside orthopedic surgeon, Dr. Samuel Chmell, on November 23, 2009.